# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 194 |
| | : | |
| AMENDMENT OF RULES 218(f)(1), | : | DISCIPLINARY RULES |
| (f)(3), and (g)(1) OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| DISCIPLINARY ENFORCEMENT | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of March, 2020, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; which followed the proposal to amend Pa.R.D.E. 218(f)(1), (f)(3), and (g)(1) having been published for comment in the Pennsylvania Bulletin, 49 Pa.B. 7166 (December 7, 2019):

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 218(f)(1), (f)(3), and (g)(1) of the Pennsylvania Rules of Disciplinary Enforcement are amended in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets.